JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 13 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Chad S. Campbell, Bar No. 258723
   CSCampbell@perkinscoie.com
2  Aaron Matz (*Admitted pro hac vice*)
   AMatz@perkinscoie.com
3  PERKINS COIE BROWN & BAIN P.A.
   2901 North Central Avenue, Suite 2000
4  Phoenix, AZ 85012-2788
   Telephone: 602-351-8000
5  Facsimile: 602-648-7000

6  John E. Peterson, Bar No. 197978
   JePeterson@perkinscoie.com
7  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
8  Los Angeles, CA 90067-1721
   Telephone: 310-788-9900
9  Facsimile: 310-788-3399

10 Attorneys for Defendants
   STMICROELECTRONICS, INC. and
11 STMICROELECTRONICS N.V.

12 *Counsel list continued on next page*

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

| MICROPROCESSOR ENHANCEMENT CORPORATION and MICHAEL H. BRANIGIN, | Case No. SACV 08-1039 SVW (RNBx) |
|---|---|
| Plaintiffs, | [PROPOSED] FINAL JUDGMENT |
| v. | |
| STMICROELECTRONICS N.V. and STMICROELECTRONICS, INC., | |
| Defendants. | |
| and | |
| ARM LTD. | |
| Defendant-Intervenor. | |

[PROPOSED] FINAL JUDGMENT                    SACV 08-1039 SVW (RNBx)

| | |
|---|---|
| 1 | BROWN, WHITE & NEWHOUSE LLP |
| | George B. Newhouse, Jr., Bar No. 107036 |
| 2 | gnewhouse@brownwhitelaw.com |
| | Sydney M. Mehringer, Bar No. 245282 |
| 3 | smehringer@brownwhitelaw.com |
| | 333 South Hope Street, 40th Floor |
| 4 | Los Angeles, CA 90071-1406 |
| | Telephone: 213-613-0500 |
| 5 | Facsimile: 213-613-0550 |
| 6 | WILEY REIN LLP |
| | JAMES WALLACE (*admitted pro hac vice*) |
| 7 | jwallace@wileyrein.com |
| | KEVIN P. ANDERSON (*admitted pro hac vice*) |
| 8 | kanderson@wileyrein.com |
| | 1776 K Street, N.W. |
| 9 | Washington, DC 20006 |
| | Telephone: 202-719-7000 |
| 10 | Facsimile: 202-719-7049 |
| 11 | Attorneys for Defendant-Intervenor |
| | ARM LTD. |

The motion for summary judgment of non-infringement by Defendants STMicroelectronics, N.V. and STMicroelectronics, Inc. and by Defendant-Intervenor ARM Ltd. having come on regularly for hearing before the Court, the Honorable Stephen V. Wilson, District Judge, presiding, and the matter having been duly heard and considered and a decision having been duly rendered, the Court finding that:

1. The products of STMicroelectronics, N.V. and STMicroelectronics, Inc. that incorporate an ARM 11 processor core furnished by ARM Ltd. do not infringe United States Patent No. 5,471,593;

2. Defendants STMicroelectronics, N.V. and STMicroelectronics, Inc. are entitled to summary judgment of noninfringement with respect to their products that incorporate an ARM 11 processor core furnished by ARM Ltd.;

3. Intervenor ARM Ltd. is entitled to summary judgment of noninfringement with respect to the ARM 11 processor core;

4. Defendants STMicroelectronics, N.V. and STMicroelectronics, Inc. shall recover their costs of suit;

5. ARM Ltd. shall recover its costs of suit.

//
//
//
//
//
//
//
//
//
//
//

**IT IS HEREBY ORDERED AND ADJUDGED:**

A. Plaintiffs shall take nothing from Defendants STMicroelectronics, N.V. and STMicroelectronics, Inc. on plaintiffs' claims and judgment for STMicroelectronics, N.V., STMicroelectronics, Inc. and ARM Ltd. is granted;

B. Judgment is granted to STMicroelectronics, N.V. and STMicroelectronics, Inc. on their First Counterclaim seeking a declaration of noninfringement of U.S. Patent No. 5,471,593;

C. Judgment is granted to ARM Ltd. on its defense of noninfringement of U.S. Patent No. 5,471,593;

D. All other pending counterclaims are dismissed without prejudice;

E. STMicroelectronics, N.V. and STMicroelectronics, Inc. shall recover their costs of suit; and

F. ARM Ltd. shall recover its costs of suit.

DATED: July 13, 2010

_____
HONORABLE STEPHEN V. WILSON

Proposed by:

The foregoing proposed judgment is submitted by Defendants STMicroelectronics, N.V. and STMicroelectronics, Inc. and by Defendant-Intervenor ARM Ltd. The undersigned confirm that the foregoing proposed judgment was disclosed to counsel for Plaintiffs Microprocessor Enhancement Corp. and Michael Branigin and that said counsel for Plaintiffs approved the proposed judgment as to form.